UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | AFFIRMATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| - V - : | |
| RAFAEL RODRIGUEZ, : | 07 Cr. 387 |
| Defendant. : | |

------------------------------------------------------x

STATE OF NEW YORK                )
COUNTY OF PASSAIC                :    ss.:
SOUTHERN DISTRICT OF NEW YORK    )

    NOLA B. HELLER, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one "RAFAEL RODRIGUEZ," (DOB: 9-01-74)(NYSID: 6776241K), is now incarcerated at the Passaic County Jail, Paterson, New Jersey.

    WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Passaic County Jail, Paterson, New Jersey to release the defendant into the custody of the United States Marshals for the Southern District of New York on Friday, June 15, 2007 at 9:00 in the forenoon for an arraignment on an indictment before any Magistrate Judge, and to return him to Passaic County Jail only when the writ has been satisfied.

    I declare under penalty of perjury that the foregoing is true and correct.

                                      _____
                                      NOLA B. HELLER
                                      Assistant United States Attorney

June 1, 2007