```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

        -against-                        AFFIDAVIT
                                         07 CR 387(CLB)

RAFAEL RODRIGUEZ,
              Defendant.
------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF WESTCHESTER)
```

RAFAEL RODRIGUEZ, being duly sworn, deposes and says:

On January 3, 2007, I was a passenger in a vehicle driven by Jorge Flores. As Flores was parking the car in front of his house, which is located in Passaic County, New Jersey, police officers ordered Flores to stop and we were both detained. The police then searched the trunk of the vehicle. We were held there and later arrested by the Passaic County Sheriff's Department. Flores had not committed any traffic violations and no traffic summonses were issued to him. I was not committing nor had I committed any crime.

I respectfully request that the Court grant the relief requested by attorney in the pre-trial motions.

*Rafael Rodriguez* (signature)
Rafael Rodriguez

Sworn to before me on
this 28th day of August, 2007

*Marcus Cook* (signature)
MARCUS COOK
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MARCH 3, 2009