

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 17, 2007

BY HAND



The Honorable Mark D. Fox
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

   Re: United States v. German Cuadrado et al.,
     07 Cr. 387 **JUDGE BRIEANT**

Dear Judge Fox:

   The United States hereby requests that the superseding indictment in the above-captioned case be unsealed. The superseding indictment was filed on June 28, 2007, and charges seven defendants in five counts. I am on trial this week; please contact AUSA Richard C. Tarlowe at 914-993-1963 if you have any questions. Thank you very much for your assistance in this matter.

             Respectfully Submitted,

             MICHAEL J. GARCIA
             United States Attorney

         By: *[signature]*
            Nola B. Heller
            Assistant United States Attorney
            (914) 993-1939

**SO ORDERED:** *[signature]*

**U.S. MAGISTRATE JUDGE**
**MARK D. FOX**
**United States Magistrate Judge**
**Southern District of New York**