UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

    -against-                                ORDER
                                            07 CR 387(CLB)
RAFAEL RODRIGUEZ,
       Defendant.
------------------------------x

    Upon the application of Paul P. Rinaldo, Esq., made December 10, 2007, and upon all the proceedings previously held herein, it appearing that the defendant Rafael Rodriguez is financially unable to pay the expenses of retaining the services of an investigator necessary for an adequate defense, it is hereby

    ORDERED, pursuant to 18 U.S.C. §3006(A), that Paul P. Rinaldo, Esq., counsel for the defendant, RAFAEL RODRIGUEZ, is hereby authorized to engage and employ the services of an investigator to provide investigative services on behalf of the defendant in an amount not to exceed $1,500.00, who shall be compensated in accordance with the Criminal Justice Act, to be paid upon a sworn statement of said investigator specifying the time expended, services rendered, expenses incurred and which shall be reimbursed and compensated in the same manner usually applicable to vouchers under the Criminal Justice Act.

DATED: White Plains, New York
       December    , 2007

                                                    HON. CHARLES L. BRIEANT
                                                    U.S. DISTRICT JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,


        -against-                            DECLARATION
                                             07 CR 387(CLB)
RAFAEL RODRIGUEZ,
            Defendant.
-------------------------------x
```

Paul P. Rinaldo, Esq. makes the following declaration pursuant to 28 U.S.C. 1746.


1.  I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York. I am assigned to represent the defendant Rafael Rodriguez pursuant to the provisions of the Criminal Justice Act and make this affirmation in support of this ex parte application for an order authorizing counsel to obtain investigative services on behalf of the defendant.


2.  Under indictment S4 07 CR 387, the defendant is charged with violations of 18 U.S.C. 1201(a)1 and 2, 18 U.S.C. 1951(b)1 and (b)3, which include multiple kidnappings and armed robberies. A pre-trial suppression hearing has already been granted this defendant and production and review of discovery continues. Investigative work must be performed in order to effectively represent the defendant as we prepare for hearing and trial.

The defendant is in custody and is presently lodged in a facility in Passaic County, New Jersey. Since the defendant was arrested upon a stopping and subsequent search of a vehicle in the State of New Jersey, I will require an investigator to locate and interview potential witness and conduct investigative work with respect to the vehicle in question. I was recently informed that the vehicle is no longer in the possession of Federal or State authorities. It is essential that the Court authorize funds for an investigator so that investigative work can begin immediately in order for the defense to prepare for trial.

3. Counsel has completed some independent investigation but now needs the assistance of a professional investigator. The defendant is incarcerated and without funds to hire an investigator.

WHEREFORE, I respectfully request that the Court enter an Order authorizing counsel to obtain investigative services on behalf of the defendant pursuant to the Criminal Justice Act.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2007.

_____
Paul P. Rinaldo