# EXHIBIT A

Case 7:07-cr-00387-CM     Document 58-2     Filed 02/26/2008     Page 1 of 2



1



4



2

5



3



6