UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------x

UNITED STATES OF AMERICA,


     -against-                              AFFIDAVIT
                                           07 CR 387(CM)


RAFAEL RODRIGUEZ,
                 Defendant.
-----------------------------x

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF WESTCHESTER)


     RAFAEL RODRIGUEZ, being duly sworn, deposes and says:


     On January 3, 2007, I was a passenger in a vehicle driven by

Jorge Flores.  Flores was parking the car in front of his house,

which is located in Passaic County, New Jersey.  As I was exiting

the vehicle, a police officer grabbed me, ordered me to "freeze"

and placed me against the passenger side of the vehicle and began

to search me.  At that time, the officer felt the bullet proof vest

which I was wearing under my long sleeve tee shirt.  On top of my

RR tee shirt I wore a hooded zipper front swearshirt.


     I respectfully request that the Court grant the relief

requested by attorney in the pre-trial motions.

                                    _____
                                            Rafael Rodriguez

Sworn to before me on
this 8th day of April, 2008

         PAUL P. RINALDO
      Notary Public, State of New York
              No. 4641729
        Qualified in Westchester County
      Commission Expires Dec. 31, 19 2010