UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RAFAEL RODRIGUEZ,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-3928 (CM)

07-CR-387(4) (CM)

ORDER TO ANSWER, 28 U.S.C. § 2255

MCMAHON, C.J.:

    Rafael Rodriguez has filed a motion to vacate, correct, or set aside his conviction and sentence, pursuant to 28 U.S.C. § 2255.

    The U.S. Attorney's Office shall file an answer or other pleadings in response to the motion, within (60) sixty days of the date of this order.

    Petitioner shall have (30) thirty days from the date on which Petitioner is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal and civil docket numbers and will be docketed in the criminal case.

    The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

SO ORDERED:

Dated: August 21, 2020
         New York, New York

_____
Chief United States District Judge