UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,

    – against –   :   07 Cr. 387 (CM)

RAFAEL RODRIGUEZ and
JORGE CEDENO,   :   ORDER

        Defendants.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2021

    It is hereby ORDERED that the United States Marshals Service permit Rafael Rodriguez and Jorge Cedeno each to possess and wear to court for the duration of their resentencing, which commences November 17, 2021, at 10 a.m., the United States Courthouse 500 Pearl Street, New York, New York 10007, the following items of clothing:

- Sport jacket;
- Pants;
- Shirt;
- Tie;
- Shoes;
- Socks;
- Belt.

Dated: 9 November 2021
New York, New York

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE